UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA THOMPSON, INDIVIDUALLY AND ON BEHALF OF DECEDENT RUSSELL GENE THOMPSON,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA, KATHERINE THOMPSON, DIRK THOMPSON, AND MICHELLE THOMPSON-COWGILL,<br><br>        Defendants. | Case No. 2:22-CV-01459 JAM-JDP<br><br>**ORDER CONSOLIDATING CASES** |
| VICTORIA THOMPSON, ACTING ON BEHALF OF THE LATE RUSSELL GENE THOMPSON,<br><br>        Plaintiff,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 2:23-CV-00403 JAM-JDP |

    Good cause appearing, the Court makes the following orders:

    1.    Pursuant to Fed. R. Civ. P. 42, the actions denominated as <u>Victoria Thompson v. United States of America, et al.</u>, Case No. 2:22-CV-01459 JAM-JDP and <u>Victoria Thompson v. United States of America</u>, Case No. 2:23-CV-00403 JAM-JDP are hereby consolidated;

2. Case No. 2:22-CV-01459 JAM-JDP is designated as the "master file;"

3. The Clerk of the Court is **DIRECTED** to add all complaints and answers filed in Case No. 2:23-CV-00403 JAM-JDP to the master file;

4. The Clerk of the Court is **DIRECTED** to administratively close Case No. 2:23-CV-00403 JAM-JDP; and

5. The parties are directed to file all future pleadings, motions and other filings ONLY in Case No. 2:22-CV-01459 JAM-JDP.

IT IS SO ORDERED.

Dated: March 10, 2023      /s/ John A. Mendez
                           THE HONORABLE JOHN A. MENDEZ
                           SENIOR UNITED STATES DISTRICT JUDGE